NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


STATE OF FLORIDA,                         )
                                          )
        Appellant,                  )
                                          )
v.                                        )        Case No. 2D17-3977
                                          )
EDWIN FERNANDEZ,                          )
                                          )
        Appellee.                   )
                                          )
_____ )

Opinion filed May 25, 2018.

Appeal from the Circuit Court for
Hillsborough County; Nick Nazaretian,
Judge.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jonathan P. Hurley,
Assistant Attorney General, Tampa, for
Appellant.

Lyann Goudie of Goudie & Kohn, P.A.,
Tampa, for Appellee.


PER CURIAM.


        Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.